## AYERS v. BD. OF ADJUST. FOR TOWN OF ROBERSONVILLE

No. 76P94

Case below: 113 N.C.App. 528

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

## BRONDYKE v. JONAS

No. 57P94

Case below: 113 N.C.App. 201

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

## BRYANT v. THALHIMER BROTHERS, INC.

No. 55P94

Case below: 113 N.C.App. 1

Motion by plaintiff to dismiss the appeal for lack of substantial constitutional question allowed 7 April 1994. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

## CAMALIER v. JEFFRIES

No. 93PA94

Case below: 113 N.C.App. 303

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1994. Petition by defendant (Charles J. Jeffries) for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1994.

## CARTER v. FLOWERS BAKING CO.

No. 89P94

Case below: 113 N.C.App. 422

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.